NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

15-890

STATE OF LOUISIANA

VERSUS

WILLIAM ANDREW BARNETT, III

\*\*\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, DOCKET NO. 6589-12
HONORABLE CLAYTON DAVIS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*
SYLVIA R. COOKS
JUDGE
\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Billy H. Ezell, and John E. Conery, Judges.

**APPEAL DISMISSED. DEFENDANT-APPEALLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

CHRISTY MAY
ASSISTANT DISTRICT ATTORNEY - 14th Judicial District
901 LAKESHORE DR., STE. 600
LAKE CHARLES, LA 70601
(337) 437-3400
COUNSEL FOR APPELLEE:
    State of Louisiana

EDWARD J. MARQUET
LA APPELLATE PROJECT
P.O. BOX 53733
LAFAYETTE, LA 70505-3733
(337) 237-6841
COUNSEL FOR APPELLANT:
    William Andrew Barnett, III

**Cooks, Judge.**

On February 22, 2012, Defendant-Appellant, William Andrew Barnett, III, was charged by bill of information with possession of CDS I with intent to distribute, a violation of La.R.S. 40:966(A)(1); possession of CDS II, a violation of La.R.S. 40:967(C); and illegal use of currency, a violation of La.R.S. 40:1041. On September 24, 2012, pursuant to a plea agreement, Defendant-Appellant entered a plea of guilty to the charge of possession of CDS I with intent to distribute and to the charge of possession of CDS II. The illegal use of currency charge was dismissed. As a result, Defendant-Appellant was sentenced to five years on each count, to run consecutively. The sentences were suspended, and Defendant-Appellant was placed on supervised probation for a term of five years. Defendant-Appellant was also ordered to pay a $500 fine, court costs, and fees. Other special conditions also applied.

On January 21, 2015, Defendant-Appellant admitted that he violated the conditions of his probation and he was ordered to serve one year at Cedarwood and continue the five-year supervised probation term previously ordered. Upon completion of Defendant-Appellant's one-year sentence served at Cedarwood, his probation was to be terminated.

Defendant-Appellant filed a "Motion and Order for Appeal" with the trial court on May 5, 2015. The trial court granted Defendant-Appellant's motion on July 1, 2015.

On September 18, 2015, this court lodged the appeal record for this case. On November 23, 2015, this court issued a rule to show cause why this matter should not be dismissed as the judgment at issue is a probation revocation. *State ex rel. Clavell v. State*, 02-1244 (La. 12/12/03), 861 So.2d 186.

On December 1, 2015, Defendant-Appellant responded, acknowledging that the judgment is non-appealable and requests that the "current appeal be dismissed, and the appellant be permitted to file an application for supervisory writs within thirty (30) days from the date of this decision."

The appeal is dismissed, as the judgment at issue is a probation revocation and thus not appealable. *Clavell*, 861 So.2d 186. Defendant-Appellant is hereby permitted to file a proper application for supervisory writs, in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than thirty days from the date of this decision. Defendant is not required to file a notice of intent to seek writs nor obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3, as we hereby construe the motion for appeal as a timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**